UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KONSTANTIN ZVEREFF,

Plaintiff,

v.

CENLAR FSB,

Defendant.

No.  2:26-cv-0786-DC-AC

ORDER

This case was filed on March 10, 2026.  ECF No. 1.  Defendant responded to the Complaint on April 3, 2026.  ECF No. 5.  Because Plaintiff is proceeding pro se, the case is assigned to the undersigned for all pretrial purposes under Local Rule 302(c)(21).  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for **May 27, 2026 at 11:00 a.m. via Zoom** before Magistrate Judge Allison Claire.  All parties shall appear by counsel or in person if acting without counsel.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

   a. Service of process;

   b. Possible joinder of additional parties;

   c. Any expected or desired amendment of the pleadings;

1

      d.  Jurisdiction and venue;

      e.  Anticipated motions and their scheduling;

      f.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      g.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

      h.  Special procedures, if any;

      i.  Estimated trial time;

      j.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

      k.  Whether the case is related to any other cases, including bankruptcy;

      l.  Whether a settlement conference should be scheduled;

      m.  Any other matters that may add to the just and expeditious disposition of this matter

3.  The parties are informed that they may elect to participate in the court's Voluntary Dispute Resolution Program ("VDRP") by contacting the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov.[1]  The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.  **The parties are directed to meet and confer regarding possible VDRP participation, and contact Ms. Park to make the necessary arrangements if both parties agree that participation may be beneficial, within 45**

////

////

////

---

[1]  The resources of the VDRP program are limited, and the parties are expected to make good faith efforts to timely and fully exhaust informal settlement efforts prior to initiating participation in the VDRP.  The court will look with disfavor upon parties stalling or failing to participate in initial informal discussions, prompting potentially unnecessary participation in the VDRP and straining the program's resources.

2

**days of this order**.  If the parties agree to participate in VDRP the status conference will be vacated, to be reset if the case fails to settle.

IT IS SO ORDERED.

DATED: April 6, 2026

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE