UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANTIN ZVEREFF;<br><br>Plaintiff,<br><br>v.<br><br>CENLAR FSB (CENTRAL LOAN ADMINISTRATION & REPORTING),<br><br>Defendant(s). | **CASE NO.:** 2:26-CV-00786-DC-AC PS<br><br>District Judge:<br>Hon. Dena M. Coggins<br>Magistrate Judge:<br>Hon. Allison Claire<br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO EXTEND TIME FOR RESPONSES OF DEFENDANT CENLAR FSB TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION**<br><br>**TRIAL DATE:** None set<br>**ACTION FILED:** March 10, 2026 |

///

///

///

The Court, having considered the joint stipulation to extend time for responses of defendant Cenlar FSB to plaintiff's first set of interrogatories and request for production (the "Stipulation"), and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The deadline by which defendant Cenlar FSB is to respond to plaintiff Konstantin Zvereff's first set of interrogatories and request for production is extended to August 10, 2026.

IT IS SO ORDERED.

DATED: July 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE