# United States District Court
# Eastern District of California

KONSTANTIN ZVEREFF

Plaintiff(s)

V.

CENLAR FSB (CENTRAL LOAN ADMINISTRATION & REPORTING)

Defendant(s)

Case Number: 2:26-CV-00786-DC-AC PS

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kristen M. Hefley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Cenlar FSB (erroneously sued as Cenlar FSB (Central Loan Administration & Reporting))

On 9/22/2021 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/20/2026

Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Kristen M. Hefley

Law Firm Name: Aiken Law PC

Address: 2385 NW Executive Center Dr., Suite 400

City: Boca Raton State: FL Zip: 33431

Phone Number w/Area Code: (561) 234-4838

City and State of Residence: Boca Raton, FL

Primary E-mail Address: kristen.hefley@aiken.law

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniella McDonagh Pending Court's order granting Substitution of Counsel (Doc. 16)

Law Firm Name: McDowell Hetherington LLP

Address: 1999 Harrison Street, Suite 2050

City: Oakland State: CA Zip: 94612

Phone Number w/Area Code: (510) 343-3511 Bar # 353336

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/8/26

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 1031257
Kristen M. Hefley
Ms. Kristen M. Hefley
2385 NW Executive Center Dr Ste 400
Boca Raton, FL 33431-7303

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 22, 2021**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 7th day of **August, 2026**.

Cynthia B. Jackson

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-427876