# United States District Court
# Eastern District of California

KONSTANTIN ZVEREFF

Plaintiff(s)

V.

CENLAR FSB (CENTRAL LOAN ADMINISTRATION & REPORTING)

Defendant(s)

Case Number: 2:26-CV-00786-DC-AC PS

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bradley J. Aiken hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Cenlar FSB (erroneously sued as Cenlar FSB (Central Loan Administration & Reporting))

On 11/02/2007 (date), I was admitted to practice and presently in good standing in the State of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/20/2026 Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Bradley J. Aiken

Law Firm Name: Aiken Law PC

Address: 19350 Highway 249, Suite 100

City: Houston State: TX Zip: 77070

Phone Number w/Area Code: (713) 579-4941

City and State of Residence: Houston, TX

Primary E-mail Address: brad.aiken@aiken.law

Secondary E-mail Address: ____________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniella McDonagh Pending Court's order granting Substitution of Counsel (Doc. 16)

Law Firm Name: McDowell Hetherington LLP

Address: 1999 Harrison Street, Suite 2050

City: Oakland State: CA Zip: 94612

Phone Number w/Area Code: (510) 343-3511 Bar # 353336

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/8/26

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

August 05, 2026

Re: Bradley Jay Aiken, State Bar Number 24059361

To Whom It May Concern:

This is to certify that Bradley Jay Aiken was licensed to practice law in Texas on November 02, 2007, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Bradley Jay Aiken**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2007.

I further certify that the records of this office show that, as of this date

**Bradley Jay Aiken**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 5th day of August, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2787C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.